STATE OF NEW JERSEY v. EDWARD LESNIEWSKI.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE J. ROBERTS.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE GERSTOFER.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. EARL HAWKINS.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID SELLOW.

June 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM NORTON.

June 3, 1986.

Petiton for certification denied.